

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Suenan Gober, Appellant<br><br>No. 06-20-00041-CV     v.<br><br>Bulkley Properties, LLC, Appellee | Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV43552). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Suenan Gober, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 20, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk